[No. 7739-2-I.   Division One.   February 9, 1981.]

CRESCENT WHARF & WAREHOUSE CO., INC., ET AL, *Appellants*, v. CLARKLIFT OF WASHINGTON, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 833821, Robert M. Elston, J., entered June 15, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Andersen, J.

[No. 3581-6-III.   Division Three.   February 10, 1981.]

*In the Matter of the Marriage of* PEARL THOM, *Respondent, and* LEROY THOM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-2-03658-1, Donald N. Olson, J., entered July 27, 1979. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Roe, JJ.

[No. 4015-II.   Division Two.   February 11, 1981.]

*In the Matter of the Welfare of* DEVON SMITH.

Appeal from a judgment of the Superior Court for Skamania County, No. J-132, Ted Kolbaba, J., entered April 9, 1979. *Reversed* and *remanded* by unpublished opinion per Pearson, J., concurred in by Petrie and Petrich, JJ.